IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN WILLIAMS,** | : | |
| **Plaintiff** | : | **Civ. No. 1:15-cv-0975** |
| | : | |
| **v.** | : | |
| | : | **Magistrate Judge Schwab** |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS,** *et al.*, | : | |
| | : | **Judge Rambo** |
| **Defendants** | : | |

# **O R D E R**

**AND NOW**, this 25th day of April, 2016**, IT IS HEREBY ORDERED AS FOLLOWS**:

1) The report and recommendation (Doc. 26) is adopted.

2) The within action is dismissed.

3) The clerk of court is directed to vacate the administrative order (Doc. 10) and to cease withdrawing any monies from Williams' prison account.

4) The clerk of court is directed to refund any monies paid by Williams in this action.

5) All pending motions are deemed moot.

6) The clerk of court is directed to close the file.

7) Any appeal taken from this memorandum and order is deemed frivolous and not taken in good faith.

s/Sylvia H. Rambo
United States District Judge

Dated: April 26, 2016